UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. ROBERTS, SR., | No. C 11-3710 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| JESSE HERNANDEZ, | |
| Defendant. | |

Plaintiff's request for an extension of time to file his complaint and *in forma pauperis* application is GRANTED. (Docket # 4.) Plaintiff must file a complaint and a completed *in forma pauperis* application no later than **September 30, 2011**. Failure to file both documents by the deadline will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: September 7, 2011

SUSAN ILLSTON
United States District Judge